# United States Court of Appeals
## For the First Circuit

---

No. 14-1159

XIN QIANG LIU,

Petitioner,

v.

LORETTA E. LYNCH,*
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

---

**ERRATA SHEET**

The opinion of this Court issued on September 11, 2015, is amended as follows:

On page 6, footnote 4, line 3, replace "Naturalization" with "Nationality"

On page 7, line 2, replace "the IJ abused its discretion" with "the IJ abused her discretion"

On page 8, line 4, replace "reversable" with "reversible"

On page 8, line 12, replace "Immigration and Nationality Act ("INA")" with "INA"

On page 9, line 14, replace "(1st Cir. 2007)." with "(1st Cir. 2007))."

On page 15, line 7, replace "its" with "her" in both instances on that line

On page 18, footnote 9, line 8, delete the period in "App'x." to read "App'x"

---

*Pursuant to Fed. R. App. P. 43(c)(2), Attorney General Loretta E. Lynch is substituted for former Attorney General Eric H. Holder, Jr. as respondent.